**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DONALD LEE BROWN, | ) | 3:08-cv-00366-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| DONNA JENKINS, et al., | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#53) filed on July 28, 2010, in which the magistrate judge recommends that this court enter an order granting defendants' motion for summary judgment (#45). Plaintiff opposed the motion for summary judgment (#47), and defendants replied (#50). Plaintiff did not file any objections to the report and recommendation, and the time for doing so has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review

1

and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#53). The defendants' motion for summary judgment (#45) is **GRANTED**. The clerk of the court shall enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: This 10th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE