AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

DONALD LEE BROWN,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER:   **3:08-CV-00366-HDM-RAM**

DONNA JENKINS, et al,

      Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' Motion for Summary Judgment [#45] is GRANTED.

September 13, 2010                                   **LANCE S. WILSON**
   Date                                                       Clerk

                                                        /s/   M. Campbell
                                                          Deputy Clerk